IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JANET S. AYERS                                                                                           PLAINTIFF

VERSUS                                                          CIVIL ACTION NO.2:06CV85-P-A

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY                                            DEFENDANT

## FINAL JUDGMENT

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated January 22, 2007, was on that date served via electronic mail through the court's CM/ECF system upon counsel of record; more than ten days have elapsed since service of the report and recommendation; and no objection has been filed or served by the parties. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore,

**ORDERED:**

1. That the report and recommendation of the United States Magistrate Judge dated January 22, 2007, is approved and adopted, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the court.

2. This case is remanded to the ALJ for further proceedings in accordance with the Report and Recommendation.

SO ORDERED, this the 25th day of April, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE